UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:17-CV-21540-JEM

DONNA ERRICHETTI,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

## NOTICE OF SETTLEMENT AND REQUEST TO STAY

Defendant, The Prudential Insurance Company of America ("Prudential"), by and through its undersigned attorneys, submits the following Joint Notice of Settlement. On October 27, 2017, the Parties reached a conditional settlement in principle in this matter. The Parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal within thirty (30) days of the filing of this Notice. The Parties respectfully request that this Court stay the remaining deadlines in this matter for thirty (30) days pending the finalization of the release and settlement agreement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 1, 2017**, the foregoing **Notice of Settlement and Request to Stay** was e-filed using the Court's CM/ECF method, and will send notification of such filing to: Cesar Gavidia, Esq., cesar@diattorney.com, Dell And Schaefer, 2404 Hollywood Blvd, Hollywood, FL 33020.

Respectfully submitted,

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

By: *s/ Philip J. Kantor*
    Philip J. Kantor
    Quintairos, Prieto, Wood & Boyer, P.A.
    One East Broward Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
    Telephone: 954-523-7008
    Florida Bar No.: 435597
    pkantor.pleadings@qpwblaw.com