UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number:   17-21540-CIV-MARTINEZ-OTAZO-REYES

DONNA ERRICHETTI,
    Plaintiff,

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Defendant's Notice of Settlement [ECF No. 17], indicating that the parties have reached a settlement in this matter.  It is hereby:

**ORDERED AND ADJUDGED** as follows:

1.    The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before December 1, 2017**.

2.    If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of November, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record